## MISCELLANEOUS DISMISSALS

**2002–1664.   Floom v. Prudential Prop. & Cas. Ins. Co.**
Stark App. No. 2001CA00373, 2002-Ohio-4270. This cause is pending before the court as a discretionary appeal. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

## MEDIATION REFERRALS

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2002–1799.   Bethesda Healthcare, Inc. v. Zaino.**
Board of Tax Appeals, No. 00–J–1591.